Certificate Number: 05781-TNW-DE-041434980

Bankruptcy Case Number: 26-24180

05781-TNW-DE-041434980

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 11, 2026, at 6:32 o'clock PM PDT, Johnathon Lowery completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Tennessee.

Date: September 11, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President